UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:16-cr- 27 27 JSS

MARTIN ALAN SCHNITZLER

18 U.S.C. § 247(a)(2), (d)(3)

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about November 13, 2015, in Pinellas County, Florida, in the Middle District of Florida, the defendant herein,

MARTIN ALAN SCHNITZLER

did, in and affecting interstate commerce, intentionally obstruct, and attempt to obstruct, members of the Islamic Society of St. Petersburg and the Islamic Society of Pinellas County in the enjoyment of the members' free exercise of their religious beliefs by threat of force, including by the threatened use of a dangerous weapon, explosives, and fire.

In violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

A. LEE BENTLEY, III
United States Attorney

By: _____
DANIEL A. GEORGE
Assistant United States Attorney
Middle District of Florida

By: _____
DANIEL C. IRICK
Assistant United States Attorney
Middle District of Florida

VANITA GUPTA
Principal Deputy Assistant Attorney
General
Civil Rights Division
U.S. Department of Justice

By: _____
GABRIEL A. DAVIS
Trial Attorney
Civil Rights Division